```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA

             CASE NO. 08-62058-CIV-ZLOCH
```

JEREMIAS RODRIGUEZ,

    Plaintiff,

vs.                                       **O R D E R**

STATE OF FLORIDA, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 4) filed herein by United States Magistrate Judge Patrick A. White. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Report Of Magistrate Judge (DE 4) filed herein by United States Magistrate Judge Patrick A. White, be and the same is hereby approved, ratified and adopted by the Court.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   26th   day of January, 2009.

                                      _/s/ William J. Zloch_
                                      WILLIAM J. ZLOCH
                                      United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

Jeremias Rodriguez, _Pro Se_
DC# 695224
Lawtey Correctional Institution
7819 N.W. 228th Street
Raiford, FL 32026